UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEPHEN BAIN,<br>    Plaintiff | :<br>:<br>: |
| v. | :    File No. 1:07-cv-116<br>: |
| JOHN GORCZYK, et al.<br>    Defendants | :<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed January 22, 2009. (Paper 80.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' motion for summary judgment (Paper 59) is DENIED.

This matter is returned to Magistrate Judge John M. Conroy.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 25th day of March, 2009.

                                        /s/ J. Garvan Murtha
                                        J. Garvan Murtha
                                        United States District Judge