UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| STEPHEN BAIN,<br>    Plaintiff | :<br>:<br>: |
| v. | : File No. 1:07-cv-116 |
| ROBERT HOFMANN, et al.,<br>    Defendants | :<br>:<br>: |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 2, 2010.  Doc. 116.  After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  See 28 U.S.C. § 636(b)(1).

Construing Plaintiff's Motion for Relief from the Court's Report and Recommendation, Doc. 114, as a motion for reconsideration of the Court's Order adopting the Magistrate Judge's Report and Recommendation, Doc. 112, the motion is DENED.

This matter is returned to Magistrate Judge John M. Conroy.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 3rd day of September, 2010.

                                    /s/ J. Garvan Murtha
                                    Honorable J. Garvan Murtha
                                    Senior United States District Judge