UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **Stephen Bain,** : | |
|     **Plaintiff** : | |
| : | |
| v. : | File No. 1:07-cv-00116-jgm |
| : | |
| **John Gorczyk, Steven Gold,** : | |
| **Robert Hofmann, James Donnan,** : | |
| **Keith Tallon, Michael O'Malley,** : | |
| **Robert Arnell, David Boulanger,** : | |
| **Raymond Flum, Kevin Oddy,** : | |
| **Christopher Owens, Kathleen Lanman,** : | |
| **Dr. Susan Wehry, Dr. Erin Cody,** : | |
| **Dr. Kurns, Dr. Rouse, Dr. Leppman,** : | |
| **Dr. Kutler, Prison Health Services,** : | |
| **Inc., Correctional Medical Services,** : | |
| **State of Vermont, Vermont** : | |
| **Department of Corrections,** : | |
|     **Defendants** : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed December 3, 2010.  Doc. 123.  After <u>de novo</u> review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).

Defendants' motion for summary judgment on Plaintiff's remaining claim of retaliation (Doc. 113) is GRANTED and the case is DISMISSED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 30th day of December, 2010.

                                                      /s/ J. Garvan Murtha
                                                    Honorable J. Garvan Murtha
                                                    Senior United States District Judge